IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

**Sharon Madison**
Plaintiff,

vs.

Civil Action No. **21-CV-269-TFM**

**Winn Dixie**
Defendant(s)

## COMPLAINT

1. Plaintiff resides at **1712 Larkwood Dr**
2. Name(s) of defendant(s) **Winn Dixie**
3. Location of principal office(s) of the named defendant(s) **111 S Magnolia Dr. Ste 39 Tallahassee, FL 32301**
4. Nature of business of defendant(s) **Grocery Retail**
5. Approximate number of individuals employed by defendant(s) **95**
6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) **✓** Termination of my employment.

   (C) _____ Failure to promote me.

   (D) **✓** Other acts as specified below: **I was terminated will out on Medical leave**

7. Plaintiff is:

   (A) \_\_\_\_ Presently employed by the defendant.

   (B) ✓ Not presently employed by the defendant.

   The dates of employment were  1987 - 2019

   (1) ✓ Plaintiff was discharged.

   (2) \_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) \_\_\_\_ Race                \_\_\_\_ Sex

   \_\_\_\_ Color              \_\_\_\_ National Origin

   \_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) ✓ Physical disability

   \_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) \_\_\_\_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _____

10. The alleged discrimination occurred on or about _____

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows:

In August, 2019 I received a call from HR at Winn Dixie and I was told, "You are costing the company a lot of money by not working and paying your insurance. I informed her several agencies had already paid my premium for insurance. Then she said we will no longer be able to hold you, let me get with my boss. She called me back on 08/21/19 and said they are terminating you.

12. The alleged illegal activity took place at ____ While I was home recovering from Chemo treatment.

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about ___Jan. 2020___

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on ___03-09-21___

14. I seek the following relief:

(A) __✓__ Recovery of back pay.

(B) _____ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: __06-04-21__

Signature of Plaintiff: Sharen Madoca

Address of Plaintiff: 

Telephone Number of Plaintiff: (251) 367-7337